UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANGELA MORGAN,

    Plaintiff,

v.                                                  CASE NO.: 6:18-cv-368-ORL-41-DCI

NATIONAL BANK OF COMMERCE,

    Defendant.

## NOTICE OF PENDING SETTLEMENT

Plaintiff, ANGELA MORGAN, by and through her undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, ANGELA MORGAN and Defendant, NATIONAL BANK OF COMMERCE, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

*/s/ William Peerce Howard*
William Peerce Howard, Esquire
Florida Bar No.: 0103330
The Consumer Protection Firm
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Billy@TheConsumerProtectionFirm.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on September 10, 2018, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

*/s/ William Peerce Howard*
William Peerce Howard, Esquire
Florida Bar No.: 0103330