**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANGELA MORGAN,

    Plaintiff,

v.                                         CASE NO.: 6:18-cv-00368-CEM-GJK

NATIONAL BANK OF COMMERCE,

    Defendant.

---

**NOTICE OF VOLUNTARILY DISMISSAL WITH PREJUDICE**

---

COMES NOW, Plaintiff Angela Morgan, by and through her undersigned counsel, and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted on October 1, 2018.

                                              */s/ William "Billy" Peerce Howard*
                                              William "Billy" Peerce Howard, Esquire
                                              Florida Bar No.: 0103330
                                              The Consumer Protection Firm
                                              4030 Henderson Blvd.
                                              Tampa, FL 33629
                                              Telephone: (813) 500-1500
                                              Facsimile: (813) 435-2369
                                              Billy@TheConsumerProtectionFirm.com
                                              Attorney for Plaintiff